```
1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2932
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:10-cr-0425 FCD |
| Plaintiff, | STIPULATION AND ORDER |
| v. | DATE: August 23, 2011 |
| | TIME: 10:00 a.m. |
| Jaime Garcia-Alcazar, et. al., | COURT: Hon. Frank C. Damrell, Jr. |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Paul Hemesath, counsel for Plaintiff, defendant, Jairo Simon Serrano, by and through his counsel, Erin J. Radekin; defendant, Jamie Ernesto Garcia-Alcazar, by and through his counsel, J. Toney; defendant, Jesus Bazan Alvarado, by and through his counsel, Gilbert A. Roque; defendant, Mario Lugo Sajuan, by and through his counsel, Christopher R. Cosca; defendant, Julio Cesar Xep, by and through his counsel, Shari Rusk; and defendant, Marcario Barragan Ayala, by and through his counsel, Charles E. Bauer, agree and stipulate to vacate the date set for status conference, August 23, 2011 at 10:00 a.m., in the above-captioned matter, and to continue the

status conference to September 26, 2011 at 10:00 a.m. in the courtroom of the Honorable Frank C. Damrell, Jr.

This request is made jointly by the government and defense in order to permit time for continued preparation, including investigation which is currently in progress, and plea negotiations. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS FURTHER STIPULATED that time be excluded between through September 26, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

Dated: August 19, 2011
/s/ Paul Hemesath
Paul Hemesath
Assistant United States Attorney
Counsel for Plaintiff

Dated: August 19, 2011
/s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
JAIRO SIMON SERRANO

Dated: August 19, 2011
/s/ J. Toney
J. TONEY
Attorney for Defendant
JAMIE ERNESTO GARCIA-ALCAZAR

Dated: August 19, 2011
/s/ Gilbert A. Roque
GILBERT A. ROQUE
Attorney for Defendant
JESUS BAZAN ALVARADO

Dated: August 19, 2011
/s/ Christopher R. Cosca
CHRISTOPHER R. COSCA
Attorney for Defendant
MARIO LUGO SAJUAN

Dated: August 19, 2011
/s/ Shari Rusk
SHARI RUSK
Attorney for Defendant
JULIO CESAR XEP

Dated: August 19, 2011        /s/ Charles E. Bauer
                              CHARLES E. BAUER
                              Attorney for Defendant
                              MARCARIO BARRAGAN AYALA

**O R D E R**

Finding that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial, **IT IS SO ORDERED.**

Dated: August 19, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE