1
**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
2  428 J Street, Suite 350
Sacramento, California 95814
3  Telephone: (916) 446-3331
Facsimile: (916) 447-2988
4
Attorney for Defendant
5  JAIRO SIMON SERRANO

6

### IN THE UNITED STATES DISTRICT COURT
7
### FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9

10  UNITED STATES OF AMERICA,

11              Plaintiff,                     **2:10-CR-00425 MCE**

12  v.

13  JAIRO SIMON SERRANO,                       **AMENDED STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**

14              Defendant.

15

16

17
### STIPULATION
18
Plaintiff, United States of America, by and through its counsel, Assistant United States
19
Attorney Paul A. Hemesath; defendant, Jairo Simon Serrano, by and through his counsel, Erin J.
20
Radekin; defendant, Jamie Ernesto Garcia-Alcazar, by and through his counsel, J. Toney; defendant,
21
Jesus Bazan Alvarado, by and through his counsel, Gilbert A. Roque; defendant, Julio Cesar Xep, by
22
and through his counsel, Shari Rusk; defendant, Luis Figueroa-Alcazar, by and through his counsel,
23
Danny Brace, and defendant, Marcario Barragan Ayala, by and through his counsel, Charles E. Bauer,
24
agree and stipulate to vacate the date set for status conference, November 3, 2011 at 9:00 a.m., in the
25
above-captioned matter, and to continue the status conference to December 1, 2011 at 9:00 a.m. in the
26
courtroom of the Honorable Morrison C. England, Jr.
27
The reason for this request is that the government has provided plea agreements to the
28
defendants; however, additional time is needed for plea negotiations, for counsel to review plea
agreements with defendants, and other defense preparation.

1  The Court is advised that Mr. Hemesath, Mr. Toney, Mr. Roque, Ms. Rusk, Mr. Brace, and Mr. Bauer

2  concur with this request and have authorized Ms. Radekin to sign this stipulation on their behalf.

3       The parties further agree and stipulate that the time period from the filing of this stipulation

4  until December 1, 2011 should be excluded in computing time for commencement of trial under the

5  Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local

6  Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense

7  preparation.  It is further agreed and stipulated that the ends of justice served in granting the request

8  outweigh the best interests of the public and the defendant in a speedy trial.

9       Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

10 IT IS SO STIPULATED

11 Dated: November 1, 2011         BENJAMIN WAGNER
             United States Attorney

12              By:_____/s/ Paul A. Hemesath_____

13              PAUL A. HEMESATH
             Assistant United States Attorney

14

15 Dated: November 1, 2011        _____/s/ Erin J. Radekin_____

16              ERIN J. RADEKIN
             Attorney for Defendant
             JAIRO SIMON SERRANO

17

18 Dated: November 1, 2011        _____/s/ J. Toney_____

19              J. TONEY
             Attorney for Defendant
             JAMIE ERNESTO GARCIA-ALCAZAR

20

21 Dated: November 1, 2011        _____/s/ Gilbert A. Roque_____

22              GILBERT A. ROQUE
             Attorney for Defendant
             JESUS BAZAN ALVARADO

23

24 Dated: November 1, 2011        _____/s/ Shari Rusk_____

25              SHARI RUSK
             Attorney for Defendant

26              JULIO CESAR XEP

  / / /

27   / /

28

Dated: November 1, 2011          /s/ Danny Brace
DANNY BRACE
Attorney for Defendant
LUIS FIGUEROA-ALCAZAR

Dated: November 1, 2011          /s/ Charles E. Bauer
CHARLES E. BAUER
Attorney for Defendant
MARCARIO BARRAGAN AYALA

## ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of November 3, 2011 at 9:00 a.m. is VACATED and the above-captioned matter is set for status conference on December 1, 2011 at 9:00 a.m. The Court finds excludable time in this matter through December 1, 2011 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: November 2, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

-3-