**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
JAIRO SIMON SERRANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CR-00425 MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| JAIRO SIMON SERRANO, | |
| Defendant. | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Paul A. Hemesath; defendant, Jairo Simon Serrano, by and through his counsel, Erin J. Radekin; defendant, Jamie Ernesto Garcia-Alcazar, by and through his counsel, J. Toney; defendant, Luis Figueroa-Alcazar, by and through his counsel, Danny Brace; and defendant, Marcario Barragan Ayala, by and through his counsel, Charles E. Bauer, agree and stipulate to vacate the date set for status conference, December 1, 2011 at 9:00 a.m., in the above-captioned matter, and to continue the status conference to January 12, 2012 at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

///

///

1    The reason for this request is that additional time is needed by the above counsel for plea
2 negotiations, to discuss plea agreements with defendants, and for additional defense preparation. The
3 Court is advised that Mr. Hemesath, Mr. Toney, Mr. Brice, and Mr. Bauer concur with this request
4 and have authorized Ms. Radekin to sign this stipulation on their behalf.

5    The parties further agree and stipulate that the time period from the filing of this stipulation
6 until January 12, 2012 should be excluded in computing time for commencement of trial under the
7 Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local
8 Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense
9 preparation. It is further agreed and stipulated that the ends of justice served in granting the request
10 outweigh the best interests of the public and the defendant in a speedy trial.

11    Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: November 29, 2011                BENJAMIN WAGNER
                                        United States Attorney

                                        By:     /s/ Paul A. Hemesath
                                            PAUL A. HEMESATH
                                            Assistant United States Attorney

Dated: November 29, 2011                        /s/ Erin J. Radekin
                                            ERIN J. RADEKIN
                                            Attorney for Defendant
                                            JAIRO SIMON SERRANO

Dated: November 29, 2011                         /s/ J. Toney
                                            J. TONEY
                                            Attorney for Defendant
                                            JAMIE ERNESTO GARCIA-ALCAZAR

Dated: November 29, 2011                        /s/ Danny Brace
                                            DANNY BRACE
                                            Attorney for Defendant
                                            LUIS FIGUEROA-ALCAZAR

Dated: November 29, 2011                        /s/ Charles E. Bauer
                                            CHARLES E. BAUER
                                            Attorney for Defendant
                                            MARCARIO BARRAGAN AYALA

1 **<u>ORDER</u>**

2       For the reasons set forth in the accompanying stipulation and declaration of counsel, the status
3 conference date of December 1, 2011 at 9:00 a.m. is VACATED and the above-captioned matter is
4 set for status conference on January 12, 2012 at 9:00 a.m. The Court finds excludable time in this
5 matter through January 12, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow
6 continuity of counsel and to allow reasonable time necessary for effective defense preparation. For
7 the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the
8 request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§
9 3161(h)(7)(A), (h)(7)(B)(iv).

10       IT IS SO ORDERED.

11 Dated: December 6, 2011

13                                     MORRISON C. ENGLAND, JR.
14                                     UNITED STATES DISTRICT JUDGE