Shari Rusk, Bar No. 170313
Attorney at Law
188945 Broadway
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Julio Caeser-Xep,<br>Defendant | Case No.: CR.S. 10-425 MCE<br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br>Court: Hon. Morrison C. England<br>Time: 10:00 a.m.<br>Date: December 8, 2011 |

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Paul A. Hemesath; defendant, Julio Cesar Xep, by and through his counsel, Shari Rusk; agree and stipulate to vacate the date set for status conference, December 1, 2010 at 10:00 a.m., in the above-captioned matter, and to continue the matter one week for a change of plea, to December 8, 2011.

The parties have reached a negotiated settlement of this matter and request that it be calendared for a change of plea on December 8, 2011 and that date is available with the Court.

The parties further agree and stipulate that the time period from the filing of this stipulation until December 8, 2011 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. §

3161(h)(7)(B)(iv), and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: November 29, 2011

BENJAMIN WAGNER United States Attorney

By: /s/ Paul A. Hemesath
PAUL A. HEMESATH
Assistant United States Attorney

/s/ Shari Rusk
SHARI RUSK
Attorney for Defendant
JULIO CESAR XEP

**ORDER**

IT IS SO ORDERED.

Dated: December 6, 2011

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE