1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2932

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:10-cr-425 MCE |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING JUDGMENT AND |
| v. | ) | SENTENCING |
| JESUS BAZAN ALVARADO, | ) | DATE: February 23, 2012 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | COURT: Hon. Morrison C. England |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Paul Hemesath, counsel for Plaintiff, and defendant, Jesus Bazan Alvarado, by and through his counsel, Gilbert A. Roque, that the parties agree and stipulate to vacate the date set for judgement and sentencing, February 23, 2012, at 9:00 a.m., in the above-captioned matter, and to continue the judgment and sentencing to March 1, 2012, at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

This request is made jointly by the government and defense.

1

| | | |
|---|---|---|
| Dated: February 21, 2012 | | /s/ Paul Hemesath<br>Paul Hemesath<br>Assistant United States Attorney<br>Counsel for Plaintiff |
| Dated: August 19, 2011 | | <u>/s/ Gilbert A. Roque</u><br>GILBERT A. ROQUE<br>Attorney for Defendant<br>JESUS BAZAN ALVARADO |

**O R D E R**

**IT IS SO ORDERED.**

Dated: February 24, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE