Charles E. Bauer (SBN 124163)
LAW OFFICE OF CHARLES E. BAUER
1007 Seventh Street, Suite 218
Sacramento, California 95814
(916) 443-0529; fax (916) 930-0477

Attorney for Marcario Barrigan Ayala

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CR-00425 MCE |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING |
| MARCARIO BARRIGAN AYALA, | |
| Defendant. | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Paul A. Hemesath; and defendant Marcario Barrigan Ayala, by and through his counsel, Charles E. Bauer, agree and stipulate to vacate the date set for Judgment and Sentencing, May 3, 2012 at 9:00 a.m. in the above captioned matter, and to continue Judgment and Sentencing to May 17, 2012 at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

The reason for this request is that Mr. Hemesath is in trial and defense counsel has agreed to an extension of time for Judgment and Sentencing so that Mr. Hemesath may consider defendant's proposed testimony pursuant to Guideline 5K.

////
////
////
////

1

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: May 1, 2012
BENJAMIN WAGNER
United State Attorney

By:    /s/ Paul A. Hemesath
PAUL A. HEMESATH
Assistant United State Attorney

Dated: May 1, 2012
   /s/ Charles E. Bauer
CHARLES E. BAUER
Attorney for Defendant
MARCARIO BARRIGAN AYALA

Time is excluded through and including May 17, 2012 , in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4. The Court specifically finds that the ends of justice served by taking the action ordered outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: May 3, 2012

**MORRISON C. ENGLAND, JR.**
**UNITED STATES DISTRICT JUDGE**