BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2932

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  2:10-cr-00425 MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | DATE: May 3, 2012 |
| | ) | TIME: 9:00 a.m. |
| Luis Figueroa-Alcazar, | ) | COURT: Morrison C. England, Jr. |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United

States Attorney Paul Hemesath, counsel for Plaintiff, and defendant

Luis Figueroa-Alcazar, by and through his counsel, Danny Brace, agree

and stipulate to vacate the date set for status conference, May 3,

2012, at 9:00 a.m., in the above-captioned matter, and to continue

the status conference to June 14, 2012, at 9:00 a.m. in the courtroom

of the Honorable Morrison C. England, Jr.

This request is made jointly by the government and defense in

order to permit time for continued preparation, including

investigation which is currently in progress, and plea negotiations.

The parties agree that the interests of justice served by granting

1

this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS FURTHER STIPULATED that time be excluded between through June 14, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

Dated: May 3, 2012                    /s/ Paul Hemesath
                                      Paul Hemesath
                                      Assistant United States Attorney
                                      Counsel for Plaintiff

Dated: May 3, 2012                    /s/ Danny Brace
                                      DANNY BRACE
                                      Attorney for Defendant
                                      LUIS FIGUEROA-ALCAZAR

**O R D E R**

Finding that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial, **IT IS SO ORDERED.**

**Dated: May 4, 2012**

_____
**MORRISON C. ENGLAND, JR.**
**UNITED STATES DISTRICT JUDGE**