BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2932

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.   2:10-cr-00425 MCE |
| Plaintiff, | STIPULATION AND ORDER |
| v. | DATE: June 11, 2013<br>TIME: 9:00 a.m. |
| LUIS FIGUEROA-ALCAZAR, | COURT: Morrison C. England, Jr. |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Paul Hemesath, counsel for Plaintiff, and defendant Luis Figueroa-Alcazar, by and through his counsel, Danny Brace, agree and stipulate to vacate the date set for status conference, June 11, 2013, at 9:00 a.m., in the above-captioned matter, and to continue the status conference to June 27, 2013, at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

This request is made jointly by the government and defense in order to permit time for continued preparation, including investigation which is currently in progress, and plea negotiations. The parties agree that the interests of justice served by granting

1

this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS FURTHER STIPULATED that time be excluded between June 11, 2013, through June 27, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.


Dated: June 11, 2013                    /s/ Paul Hemesath
                                        Paul Hemesath
                                        Assistant United States Attorney
                                        Counsel for Plaintiff


Dated: June 11, 2013                    /s/ Danny Brace
                                        DANNY BRACE
                                        Attorney for Defendant
                                        LUIS FIGUEROA-ALCAZAR



**O R D E R**

In accordance with the foregoing stipulation, and finding that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial, **IT IS SO ORDERED.** The status conference in this matter is hereby continued from June 13, 2013 to June 27, 2013 at 9:00 a.m. in Courtroom No. 7.

Date: June 12, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT